```
McGREGOR W. SCOTT
United States Attorney
LAWRENCE G. BROWN
Assistant U.S. Attorney
Suite 10-100
501 I Street
Sacramento, California  95814
Telephone:  (916) 554-2787
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>    v.                            )<br>                                  )   ORDER<br>                                  )<br>                                  )<br>FRANK BRYANT OHANNESON,           )<br>                                  )<br>            Defendant.            )<br>_____) | CR. S. NO. 07-069 GEB |

**ORDER**

The government's motion, filed July 5, 2007, to dismiss the Indictment currently pending against defendant Frank Bryant Ohanneson is granted; the indictment is dismissed.

Dated:  July 6, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge